**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO.** 15-20015-01-CM-JPO |
| | ) |
| **AUSTIN J. SPRUELL,** | ) |
| | ) |
| **Defendant.** | ) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

On or about September 9, 2014, in the District of Kansas, the defendant,

**AUSTIN J. SPRUELL,**

having been convicted in 2013, case number 2013CR0627, of Possession of
Methamphetamine; and, in 2014, case number 2013CR1322, of Felony Eluding a Police
Officer & Felony Criminal Damage to Property; both in the District Court of Wyandotte
County, Kansas and crimes punishable under the laws of the State of Kansas by
imprisonment for a term exceeding one year; knowingly and unlawfully shipped and
transported in interstate and foreign commerce, possessed in and affecting interstate and
foreign commerce, and received a firearm, namely, a 9mm Glock pistol, Model 26, serial
number TVK277, and ammunition, which had been shipped and transported in interstate
and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1)
and 924(a)(2).

1

## FORFEITURE ALLEGATION

1.   The allegations contained in Count 1 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offense identified in Count 1, the defendant,

**AUSTIN J. SPRUELL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a 9mm Glock pistol, Model 26, serial number TVK277, and ammunition, seized by law enforcement, in the District of Kansas, on September 9, 2014.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

DATED: February 19, 2015

_s/ Foreperson_____
FOREPERSON OF THE GRAND JURY

_s/ Terra D. Morehead #12759_____
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

2

**PENALTIES:**

**Count 1:**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment; and,
- Forfeiture Allegation.

.