Prob 12C (12/04)
(D/KS 5/19)

PACTS# 1230071

# United States District Court
## for the
## District of Kansas

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Austin J. Spruell**         Case Number: **1083 2:15CR20015-001**

Sentencing Judicial Officer: Honorable Carlos Murguia, U.S. District Judge

Date of Original Sentence: 05/23/2016

Original Offense: Felon In Possession of a Firearm, a Class C Felony

Original Sentence: 30 Months Prison, 36 Months Supervised Release

Type of Supervision: TSR                    Date Supervision Commenced: 04/10/2019
Asst. U.S. Attorney: Terra Morehead         Defense Attorney: Chekasha Ramsey

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition: The defendant shall not commit another federal, state, or local crime.**<br><br>On May 10, 2019, a motor vehicle theft occurred at QuikTrip in Kansas City, Kansas, while the driver was inside the gas station. This was reported immediately and the Kansas City, Kansas, Police Department responded and investigated. Based on police reports, responding officers viewed surveillance video and obtained a photo of the suspect who was later identified as Austin Spruell. Charges are pending.<br><br>On May 14, 2019, the Kansas City, Kansas, Police Department located Mr. Spruell and placed him under arrest in relation to the motor vehicle theft investigation. Based on police reports, Mr. Spruell possessed methamphetamine and resisted arrest or attempted to conceal evidence. Charges for possession of meth and obstruction are pending. He remains in the Wyandotte County Jail. |
| 2 | **Standard Condition #7:  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or** |

> administer any controlled substances or paraphernalia related to any controlled substances, except as prescribed by a physician.

On May 8, 2019, the Probation Office spoke with the house president at Slater Oxford House, where Mr. Spruell had resided since May 2nd. He reported Mr. Spruell was evicted from the Oxford House following a positive drug test on May 7, 2019. He stated the test was positive for cocaine, benzodiazepine, and alcohol, and that Mr. Spruell admitted to taking a Xanax pill.

On May 8, 2019, Mr. Spruell reported to the Probation Office as directed. He admitted to using methamphetamine, Xanax, cocaine, and marijuana, on May 7, 2019, and signed an Admission of Usage form. He reported regular drug use between May 3rd-May 7th.

**3**      **Mandatory Condition: The defendant shall not unlawfully possess a controlled substance.**

The defendant possessed methamphetamine, Xanax, and cocaine in Wyandotte County, Kansas, a felony punishable by a term of imprisonment exceeding one year, on May 7, 2019, in violation of K.S.A. 21-5701 and 21-5706.

The defendant possessed methamphetamine in Wyandotte County, Kansas, a felony punishable by a term of imprisonment exceeding one year, on May 14, 2019, in violation of K.S.A. 21-5701 and 21-5706.

**4**      **Special Condition #3: The defendant shall participate in an approved program for mental health treatment, which may include psychological counseling and prescribed medication. The defendant shall share in the costs, based on the ability to pay, at the direction of the U.S. Probation Officer.**

On April 12, 2019, the Probation Office referred Mr. Spruell to Clinical Associates for mental health and substance abuse treatment services. On April 24, 2019, he failed to attend his first counseling appointment. On April 29, 2019, Mr. Spruell failed to attend his psychiatric evaluation. On May 6, 2019, he arrived 20 minutes late to his counseling appointment and appeared to be under the influence of substances.

*Amended violations listed below:*

**5**      **Standard Condition #3: The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer.**

On February 12, 2020, the Probation Office had contact with Mr. Spruell via text message and he was directed to contact this officer to discuss his new treatment schedule. He failed to contact this officer as directed. Phone contact was attempted, and voicemail messages were left for Mr. Spruell on February 12th and February 14th, directing him to contact this officer, but he failed to respond.

Prob 12C -3-
*Name of Offender: Austin J. Spruell*  *Case Number: 1083 2:15CR20015-001*

**6**       **Standard Condition #6: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

On January 31, 2020, Mr. Spruell moved into an Oxford House in Fairway, Kansas. On February 6, 2020, a home visit was conducted with Mr. Spruell at his new residence. On February 18, 2020, the Probation Office contacted the Oxford House in attempts to reach Mr. Spruell. It was reported that he had not been seen in 4-5 days and he was no longer living there. Mr. Spruell did not contact the Probation Office to report this or to report a new residence. His whereabouts are unknown.

On February 18, 2020, the Probation Office contacted HyVee to verify Mr. Spruell's employment status. It was reported that Mr. Spruell last worked on February 8th, but has not reported for work since then. It was reported they had attempted to contact him several times but did not receive a response. Mr. Spruell did not notify the Probation Office that he quit his job.

**7**       **Special Condition #1: The defendant shall successfully participate in and successfully complete an approved program for substance abuse, which may include urine, breath, or sweat patch testing, outpatient and/or residential treatment, and share in the costs, based on the ability to pay, as directed by the Probation Office. The defendant shall abstain from the use and possession of alcohol and other intoxicants during the term of supervision.**

On January 31, 2020, Mr. Spruell was successfully discharged from inpatient treatment and reintegration at Mirror Inc. He was directed to report to Mirror Inc on February 11th to start intensive outpatient treatment. The Probation Office was informed that Mr. Spruell did not keep his appointment on that date, and he has not been engaging in treatment during the past week.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

Prob 12C                                                    -4-
*Name of Offender: Austin J. Spruell*                                               *Case Number:  1083 2:15CR20015-001*

                         I declare under penalty of perjury that the foregoing is true and correct.
Executed on:  02/18/2020

by  *[signature: Jennifer Goss]*

Approved:                                            Jennifer Goss
                                                     U.S. Probation Officer

*[signature]*
Christopher Lewis, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:


/s/ Carlos Murguia
Signature of Judicial Officer

2/19/2020
Date