(Revised 5/93)

## CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

CASE NO: 15-20015-01
Austin J. Spruell
Final Revocation; 3/9/2020

**WITNESSES FOR Plaintiff**

| Date | Name | Sworn |
|---|---|---|
| 3/9/2020 | Jennifer Goss | (✓) |

**WITNESSES FOR Defendant**

(none)