(Revised 5/93)

Austin Spruell - Revocation

EXHIBIT SHEET

Case No. 15-20015-01          Defendants          Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 401 | Paycheck Stubs - HyVee | ✓ | ✓ | ✓ | |
| 402 | " " " | ✓ | ✓ | ✓ | |
| 403 | " " " | ✓ | ✓ | ✓ | |
| 404 | Discharge Summary - Mirror Inc. | ✓ | ✓ | ✓ | |
| 405 | email - confirming JCCC financial application | ✓ | ✓ | ✓ | |
| 406 | email - verifying that appl. was submitted to JCCC | ✓ | ✓ | ✓ | |