# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case Number: | **2:15-cr-20015-JWL-1** |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| **AUSTIN J. SPRUELL** | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **3/9/2020** |

## CRIMINAL MINUTE SHEET – REVOCATION PROCEEDINGS

| JUDGE: | **Hon. John W. Lungstrum, United States District Judge** |
|---|---|
| COURT REPORTER: | **Dani Murray** |
| COURTROOM DEPUTY: | **Jeff Hokanson** |
| INTERPRETER: | **N/A**   ☐ Sworn |

**APPEARANCES:**

- UNITED STATES OF AMERICA: **Terra Morehead**
- DEFENDANT'S COUNSEL: **Che Ramsey**
- DEFENDANT: ☐ IN PERSON / ☒ IN CUSTODY / ☐ DOES NOT APPEAR
- UNITED STATES PROBATION: **Jennifer Goss**

**PROCEEDINGS:**

☒ **FINAL REVOCATION HEARING**

**REVOCATION:**

☐ **Defendant sworn**
☒ **Defendant stipulates to violating the terms and conditions of supervision** *as to violations as set forth in Paragraphs 20 and 21 of the Amended Violation Report [Doc. 59] filed 3/2/2020*
☒ **Defendant does not stipulate to violating terms and conditions of supervision**
   **Testimony and/or Evidence presented** *as to violations as set forth in Paragraph 19 of the Amended Violation Report [Doc. 59] filed 3/2/2020*
☒ **Court finds that defendant violated terms and conditions of supervision** *as to violations set forth in Paragraphs 20 and 21 of the Amended Violation Report by defendant's stipulation and to Paragraph 19 by preponderance of the evidence presented*
   ☒ **Supervised Release revoked**
   ☐ **Probation revoked**
   ☐ **Disposition continued**
☒ **Other:** Defendant stipulates to alleged violations set forth in Paragraphs 20 and 21 of the Amended Violation Report.   Government presents testimony as to alleged violations set forth in Paragraph 19 of

the Amended Violation Report.   Court finds defendant violated terms and conditions of supervised release by his stipuation to Paragraphs 20 and 21 of Amended Violation Report, and by proponderance of evidence presented as to Paragraph 19 and revokes defendant's supervised release.

**IMPOSITION OF SENTENCE:**

☒ **Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of:**
  ☒ **21 months**  ☐ Time Served  ☐ Other:
☒ **Upon release from confinement, the defendant shall be placed on supervised release for a term of:**
  ☒ **1 year**  ☐ No term of supervised release  ☐ Other:
☒ **Court adopts mandatory, standard, and special conditions of supervision as set forth in Probation Violation Report**
☐ Other:

☒ **Defendant advised of right to appeal judgment and sentence**
☐ Stay of Execution:

☐ **Recommendations to the Federal Bureau of Prisons (if any):**
  ☐ Designation for Placement:
  ☐ Programming:

**CUSTODY:**

☒ **Defendant remanded to custody pending designation by the Federal Bureau of Prisons**

**NOTES:**

Supervised release revoked.   After consideration of evidence and argument, Court sentences defendant to the custody of the Federal Bureau of Prisons for a term of 21 months.   Upon release from confinement, the defendant shall be placed on supervised release for a term of 1 year.

Exhibits withdrawn and returned to defendant.